E-FILED
Thursday, 29 January, 2015 02:37:21 PM
Clerk, U.S. District Court, ILCD

JEFF STANDARD
Sheriff

FULTON COUNTY SHERIFF'S OFFICE
268 W Washington Ave
PO Box 269
Lewistown IL 61542
309/547-2277

TO: INMATE RICHARD WOODELL

FROM: LT. LAFARY 12-02-14

RE: GRIEVANCE OF 11-25-14

CC: SHERIFF

IN RESPONSE TO YOUR GRIEVANCE CITING INMATE HARRASSMENT AND THREATS FROM OTHER INMATES.

YOU DO NOT STATE ANY SUBSTANDARD SERVICES, OR A THAT A RULE, REGULATION OR OFFICERS CONDUCT IS IMPROPER AS STATED IN THE INMATE RULES.

JUST BY MARKING A LETTER AS A GRIEVANCE DOES NOT MAKE IT ONE. YOU MUST BE SPECIFIC AS TO THE SUBSTANDARD SERVICE OR IMPROPER RULE, REGULATION, OR IMPROPER CONDUCT BY OFFICERS.

HOWEVER, YOUR SAFETY IN THIS FACILITY IS A CONCERN AND I SPOKE WITH JAIL STAFF REGARDING YOUR SAFETY. STAFF ADVISES ME THAT THEY OBSERVE YOU INTERACTING WITH OTHER INMATES ON A DAILY BASIS WITHOUT ANY PROBLEMS. I ALSO HAVE SPENT TIME REVIEWING CAMERAS IN YOUR CELL BLOCK AND ALSO HAVE OBSERVED YOU WITH OTHER INMATES WITHOUT INCIDENT. \

YOUR SITUATION WILL CONTINUE TO BE MONITORED AND YOU SHOULD REPORT PROBLEMS TO JAIL STAFF.

**Lt. Doug Lafary #02**

**JEFF STANDARD**
Sheriff

**FULTON COUNTY SHERIFF'S OFFICE**
268 W Washington Ave
PO Box 269
Lewistown IL 61542
309/547-2277

TO: INMATE RICHARD WOODELL

FROM: LT. LAFARY 12-09-14

RE: GRIEVANCE #2 OF 12-02-14

CC: SHERIFF

IN RESPONSE TO YOUR GRIEVANCE CITING "GRIEVANCE NOT ANSWERED".

THIS GRIEVANCE WAS ANSWERED ON 12-02-14.

AS STATED IN THE INMATE HANDBOOK, YOU WILL RECEIVE AN ANSWER WITHIN 5 DAYS (WORKING/BUSINESS DAYS). THIS ANSWER WAS GIVEN ON THE 3RD WORKING DAY.

YOUR GRIEVANCE IS UNFOUNDED.

**Lt. Doug Lafary #02**

**JEFF STANDARD**
Sheriff

**FULTON COUNTY SHERIFF'S OFFICE**
268 W Washington Ave
PO Box 269
Lewistown IL 61542
309/547-2277

TO: INMATE RICHARD WOODELL

FROM: LT. LAFARY 12-09-14

RE: GRIEVANCE #3 OF 12-02-14

CC: SHERIFF

IN RESPONSE TO YOUR GRIEVANCE CITING "NOT RECEIVING ANSWERS TO MY GRIEVANCES AND NOT RECEIVING COPIES OF THEM".

AS STATED IN THE INMATE HANDBOOK, YOU WILL RECEIVE AN ANSWER WITHIN 5 DAYS (WORKING/BUSINESS DAYS).

THIS IS A REPEAT OF YOUR PREVIOUS GRIEVANCE #2.

**Lt. Doug Lafary #02**

**JEFF STANDARD**
Sheriff

**FULTON COUNTY SHERIFF'S OFFICE**
268 W Washington Ave
PO Box 269
Lewistown IL 61542
309/547-2277

TO: INMATE RICHARD WOODELL

FROM: LT. LAFARY 12-09-14

RE: GRIEVANCE #4 OF 12-02-14

CC: SHERIFF

IN RESPONSE TO YOUR GRIEVANCE CITING "OFFICER CONDUCT/HARRASSMENT".

THE COMPLAINTS YOU STATE IN YOUR GRIEVANCE ARE NOT HARRASSMENT NOR ARE YOU BEING MISTREATED BY ANY JAIL STAFF MEMBERS.

YOUR GRIEVANCE IS DENIED.

**Lt. Doug Lafary #02**

JEFF STANDARD
Sheriff

FULTON COUNTY SHERIFF'S OFFICE
268 W Washington Ave
PO Box 269
Lewistown IL 61542
309/547-2277

TO: INMATE RICHARD WOODELL

FROM: LT. LAFARY 12-09-14

RE: GRIEVANCE #5 OF 12-02-14

CC: SHERIFF

IN RESPONSE TO YOUR GRIEVANCE CITING "OFFICER MISCONDUCT".

THE COMPLAINTS YOU STATE IN YOUR GRIEVANCE ARE NOT HARRASSMENT NOR ARE YOU BEING MISTREATED BY ANY JAIL STAFF MEMBERS.

YOUR GRIEVANCE IS DENIED.

**Lt. Doug Lafary #02**

JEFF STANDARD
Sheriff

FULTON COUNTY SHERIFF'S OFFICE
268 W Washington Ave
PO Box 269
Lewistown IL 61542
309/547-2277

**TO: Inmate Wooddell**

**FROM: Sheriff Standard**

**DATE: December 16, 2014**

**RE: Grievance Appeal #2**

I received your grievance on 12/11/14. In you grievance it appears you are filing an appeal to your grievance from 11/25/14.

In the letter from Lt. Lafary, you were advised you have to be specific in your statement. That would include who is harassing you and how you are being harassed. You must also be specific as to the "substandard service", "officer misconduct" or "improper rule".

You had not given a specific incident to which you are referring. In your appeal to me you gave the specific of Inmate Garza "flicking a booger" and going through your items. That action itself is not a grievance, but it is a specific action by another individual. You also describe two black guys who walk into your cell and "hit me". The Inmate Garza reference is a specific. The "two black guys" would not be specific. You would need to identify the offender to the jail staff to make the specific complaint. When you are specific to your complaint, action can be taken against the offender.

An appeal to you grievance is not the appropriate time to address the specific charge. Your grievance was denied because they lacked the specific rule or violation that you are questioning. Therefore, your grievance appeal is denied as it was proper to deny it for the given reason.

**If you would like to mention specifics to both the jail staff and Lt. Lafary, action can possibly be taken against the offender. I am directing you to be exactly specific in your complaints. Such as "Joe Smith did this__________." Not "I am being picked on. I need to move."**

**Be specific and advise the jail staff of exactly what inmate is causing the disturbance and with your cooperation, we can bring an end to the problem.**

**CC: Lt Lafary**

Please notify me when these papers have been filed

# FULTON COUNTY JAIL

INMATE RULES, REGULATIONS
AND GENERAL INFORMATION



JEFF STANDARD
SHERIFF




LT. DOUG LAFARY
JAIL SUPERINTENDANT

FULTON COUNTY SHERIFF'S DEPARTMENT
268 W. WASHINGTON AVENUE
P.O. BOX 269
LEWISTOWN, IL 61542
(309) 547-2277
FAX (309) 547-2355

## FULTON COUNTY JAIL MISSION

The Fulton County Sheriff's Department, through its Jail Division, provides for the security of our citizens by the incarceration of those persons who require confinement as determined by other segments of the criminal justice system. To carry out this task effectively and professionally, the Sheriff's Department and its highly trained staff will maintain an environment of security and discipline while ensuring the rights and dignity of all inmates. It is hoped that through proper procedures, discipline, inmate programs, services and community involvement that a cooperative atmosphere will prevail at our facility, which will benefit the community as a whole.

**INMATE RULES AND PROCEDURES**

The following Rules, Regulations and Procedures have been established to ensure:

1. Safe Custody
2. Acceptable Living Conditions
3. Fair Treatment
4. Jail Security
5. Discipline

As an inmate in this facility, you will be expected to abide by these rules and regulations at all times.

Any and all rules are subject to change with or without notice at the discretion of the Sheriff or the Jail Superintendent.

**INTAKE**

During the intake process, newly arrested persons will be thoroughly searched and all personal property will be inventoried and secured until release. The Jail Staff, at this time, will also observe and document the subject's mental and physical health and may require the arresting officer transport the inmate to a medical facility for treatment prior to the subject's incarceration.

**BOOKING**

The booking process enables Jail Staff to document a person's personal information (name, address, D.O.B., photo, fingerprints, etc.). You will also receive receipts for all your clothing, personal property, and your money will be counted and placed in a commissary account. Any remaining cash balance will be returned to you upon your release.

During booking you will be allowed a reasonable number of telephone calls at the discretion of the duty Jail Officer.

The booking process is **mandatory** and you will **not** be allowed to post bond prior to its completion. **Failure to comply with this process will only lengthen your stay and result in a loss of privileges.**

## CLASSIFICATION

The Fulton County Jail will use a classification system providing for the separation of inmates as required by State Standards. This system will provide for the security of the Jail, the safety and welfare of the inmates, and the protection of staff and the community. The level of your classification determines where you will be housed and what level of privileges you will enjoy.

## INCARCERATION

If it becomes apparent that a person will not be posting bond, Jail Officers will then escort the person to the strip search area. The inmate will then be strip searched for any contraband and examined for any noticeable injuries. At this time, the inmate's personal clothing will be taken by Jail Officers, thoroughly searched and placed in the inmate's assigned locker. The locker will then be locked by a Jail Officer and clothing stored until the inmate's release. You will then be required to shower and issued a jail uniform, shoes, mattress, mattress cover, pillow, pillowcase, blanket, towel, washcloth, soap, toothbrush, toothpaste and property container. You will then be taken to your assigned cell. Your cell assignment may change at any time during your incarceration.

**BONDING AND RELEASE FROM CUSTODY**

Inmates can be bonded out of jail at any time (24/7). Bond payment will only be accepted in the form of cash, money order or certified check. Before an inmate is released, the inmate's cell and issued items will be inspected by Jail Staff for cleanliness and damage. **Any damage to jail property may result in the filing of a criminal charge against you.**

**MEALS**

Inmates will receive three (3) meals daily. Food items must be consumed during meal time and are not to be kept to "eat later." The hoarding of food is a rule violation and could result in disciplinary action and loss of privileges.

**MEDICAL CARE AND EXPENSES**

All inmates will receive a medical screening within 14 days after incarceration at no cost to the inmate.

Inmates will be provided a sick call slip when medical attention is requested.

Inmates will have the cost of medical attention deducted from their commissary account. Medical costs deducted will include, but are not limited to, Doctor/Dentist visits, prescriptions, medical tests, hospital visits and stays (Federal inmates excluded).

Indigent inmates will be provided medical attention at no cost.

Inmate accounts having a negative balance upon release will be reviewed for the possible filing of a small claims case against you.

## CLOTHING

Inmates will exchange dirty clothing, towel and washcloth for two clean ones two times weekly.

## CELL BLOCK CLEANING

It shall be the responsibility of inmates to maintain all areas of their cell block in a clean and sanitary condition. All necessary materials to maintain proper health, hygiene, and cleanliness within your cell and cell blocks will be provided. Cleaning supplies will be given out daily by Jail Staff and all inmates are expected to participate in the cleaning of the dayroom area of their respective cell block. Each inmate is responsible for cleaning his/her own cell. **Failure to clean is a violation of jail rules and could result in disciplinary action.**

## VANDALISM

Intentional destruction of Fulton County property will not be tolerated and will result in criminal charges and loss of privileges. Writing or marking on walls, floors, ceilings, tables and any other jail equipment is also forbidden. This could result in loss of privileges, criminal charges, and/or the cost of paint, materials and labor being deducted from the inmate's commissary account.

## GROOMING AND PERSONAL APPEARANCE

Each inmate is expected to maintain his/her personal hygiene. **You will be required to shower at least three (3) times weekly. However, you may bathe more frequently, if you so desire. A daily shower is strongly encouraged.**

Shaving equipment (razors and shaving cream) will be provided daily at designated times for those inmates requesting same. All issued items will be returned to Jail Staff and inspected.
**The removal or attempted removal of razor blades is a serious infraction and will result in loss of privileges and the filing of a criminal charge!**

**SMOKING**

Smoking is prohibited.



**COMMISSARY**

Inmates will be allowed to purchase commissary items weekly from personal funds in their account. Inmates will be issued Order Forms listing available items and prices. Order Forms must be completed and signed, prior to your order being filled. **Commissary is a privilege that can be taken away for rule violations.**

There will be a $5.00 processing fee for any funds released from your account to a third party.

*The release of funds will be at the discretion of the Sheriff or Jail Superintendent.*

**RECREATION ROOM**

The Fulton County Jail provides a recreation room for the use of its inmates. Recreation plays a significant role in the physical and mental health of inmates and its use is strongly encouraged. Jail Staff will inform inmates when the use of the room is available to them. All inmates are required to go to the recreation room with their cell block, even if you do not participate.

**The recreation room is a privilege that can be taken away for rule violations.**

## MAIL



"Mail" refers to both incoming and outgoing written correspondence. Regular mail will be inspected by Jail Staff for contraband and will not be censored. Mail which may jeopardize Jail Security, or that is deemed obscene, will not be processed. All outgoing mail must be submitted unsealed, with the inmate's name and return address clearly visible. Incoming mail should be addressed to you in care of the Fulton County Jail, P.O. Box 269, Lewistown, IL 61542.

A. An inmate may correspond with anyone in the "free" community, provided said correspondence does not violate any state or federal law.
B. Correspondence with another inmate in any detention facility will not be allowed.
C. There is no limit to the amount of mail an inmate can receive or send at the inmate's expense.
D. Indigent inmates shall be provided postage, paper and envelopes for two (2) letters per week (work release and periodic detainees excluded).
E. Mail from inmates to courts, legal counsel, legal aid groups, any government agency or official is considered legal mail and may be sealed by the inmate in the presence of a Jail Officer. Incoming legal mail will be opened and inspected for contraband in front of the inmate.

**Mail privileges will not be taken away for disciplinary purposes.**

## TELEPHONES



Telephones are located in each cell block and can be used any time between 7:00 A.M. and 10:30 P.M. All calls must be either collect or by using a calling card which may be purchased from an inmate's commissary account.

**Telephones are a privilege that can be taken away for rule violations.**

## RECREATIONAL MATERIALS

Inmates are provided with table games, playing cards, and reading materials for their enjoyment. No more than two (2) books are allowed in an inmate's possession at a time (religious books excluded).

Pictures and articles are not to be removed from any book. Table games and playing cards are to be kept neat and in good order when not in use.

**Recreational materials are a privilege that can be taken away for rule violations.**

## TELEVISIONS

A television is located in the dayroom of each cell block for inmate use. The volume will be kept at a minimum at all times. No one inmate is allowed to control the TV. All inmates in the cell block must compromise on the programs to watch.

**The television is a privilege that can be taken away for rule violations.**

**INMATE VISITATION**

Visiting hours for male inmates will be on Wednesday from 5:30 P.M. to 8:00 P.M. and Sunday from 12:30 P.M. to 3:00 P.M.

Visiting hours for female inmates will be on Wednesday from 1:30 P.M. to 3:00 P.M. and Sunday from 9:30 A.M. to 11:00 A.M.

Visitor sign in will begin 1/2 hour before the start of visitation. No visitors will be allowed in the lobby or foyer area until that time.

Each inmate is allowed a 30 minute visit on each visiting day.

Each visitor must register their name, address, and the inmate's name they wish to visit.

The following persons will be allowed visitation with inmates, providing they are on the inmate's visiting list:

1. Immediate Family: Father, Mother, Sisters, Brothers, Wife, Children, and Grandparents.

2. One Friend

3. Attorney of Record

4. Ordained Ministers



Work release and periodic incarceration inmates will not be allowed visitors.

Any visitor who exhibits inappropriate behavior or attempts to give an inmate any unauthorized item or material will be asked to leave the premises and their visiting privileges revoked.

Any visitor may be required to show identification prior to being allowed to visit.

Jail Staff reserves the right to deny any person a visit with an inmate.

## ATTORNEY AND CLERGY VISITATION

Ordained Minister visits will be Monday through Friday from 3:00 P.M. to 5:00 P.M, **excluding Wednesdays.**

Attorneys are allowed to visit inmates at any reasonable time between 9:00 A.M. and 9:00 P.M.

Attorneys and Clergy may be required to show identification and professional credentials prior to any visit being allowed.

## COURT APPEARANCES

All inmates will be informed concerning their court appearances. Only inmates requested by a Judge or State's Attorney will be taken to court. Inmates appearing for a bench or jury trial will be afforded the opportunity to dress appropriately for said proceedings. Inmates will not be allowed contact with any persons other than their attorney when traveling to and from, or while at, their court appearance.

## PERSONAL PROPERTY IN CELL

Inmates will only be allowed a certain amount of personal property in their cell. Each inmate, upon entering the facility, was given a property box for their use while incarcerated. All inmates property (commissary items, toiletries, mail, undergarments, socks, etc.) must fit inside their property box. Any property not in the box will be taken by Jail Staff and placed in your stored property until your release from custody. **If property boxes are damaged or destroyed, a $20 fee will be assessed, and charged to the inmate's commissary account.**

When sentenced to D.O.C., the inmate's personal property will be kept for thirty (30) days after the inmate goes to D.O.C. All property not picked up by your designee within thirty days will be destroyed.

## INMATE RULES AND REGULATIONS

It shall be the policy of the Fulton County Jail to have written rules for inmate conduct, in which specific acts are prohibited within the facility, with penalties that may be imposed for different degrees of violations. Adhering to this will help to promote the security and orderly operation of the facility.

## RULE CATEGORIES

1. **Category I** offenses are those which may carry a penalty in disciplinary detention and loss of privileges up to the remainder of your stay in the facility, for all violations stemming from one incident. Restitution and/or criminal charges for any one violation arising from one incident may be filed.

**CATEGORY I OFFENSES**

A. 1-01 murder or attempted murder

B. 1-02 to commit battery or assault on a staff member or other individual

C. 1-03 to participate in extortion, blackmail or protection activity

D. 1-04 deviate sexual assault

E. 1-05 to participate in homosexual activity

F. 1-06 to make sexual proposals or threats to staff members or others

G. 1-07 to organize or participate in any form of "kangaroo court," "sanitation court" or any other unauthorized inmate organization

H. 1-08 to escape, attempt to escape, conspire to escape or act as a willful hostage

I. 1-09 to commit arson or any type of fire, includes to make or be in possession of a "wick"

J. 1-10 to throw anything at anyone

K. 1-11 to destroy, deface or damage staff, county or other property

L. 1-12 to obstruct observation devices whether visual, sound, electronic: includes windows and lighting fixtures

M. 1-13 to steal, borrow, destroy or appropriate the property of others

N. 1-14 to flood a cell or cell block

O. 1-15 to misuse/abuse medications or chemicals prescribed by medical staff: includes the saving of medications or giving yours to another person

P. 1-16 to tamper with or remove an I.D. band

Q. 1-17 to be in possession of unauthorized quantities of county issued property

R. 1-18 to possess or manufacture a staff member's uniform, equipment, property of other similar items

S. 1-19 to obstruct, resist or interfere with an officer in the performance of his/her duties - such as disobeying a staff member's order

T. 1-20 to fail to stand for count of interfere with head count

U. 1-21 to answer or to identify yourself as another individual

V. 1-22 to knowingly make a false accusation or statement against a staff member

W. 1-23 to take a hostage or conspire to take a hostage

X. 1-24 to fail to enter/exit a cell block upon a lawful demand

Y. 1-25 to be out after lockdown or refuse to submit to lockdown

Z. 1-26 to refuse to cooperate to a shakedown or body search

AA. 1-27 to violate any temporary or emergency rule

BB. 1-28 to show disrespect to or curse/swear at a staff member

CC. 1-29 to possess, manufacture, introduce or use any weapon, ammunition, explosive, caustic substance, dangerous chemical, sharpened instrument, unauthorized tool or any other dangerous or deadly weapon, substance or item represented as such

DD. 1-30 to tamper with or possess any building safety device (such as cell doors) or tamper with or possess any life-saving device (such as smoke detector)

EE. 1-31 to solicit staff member to bring in or obtain contraband

FF. 1-32 to possess any drug or controlled substance not prescribed by Jail Medical Staff

GG. 1-33 to commit or violate any state, county or federal law

HH. 1-34 to threaten, harass, bribe or attempt to bribe a staff member

II. 1-35 to commit, attempt to commit, or to incite others to commit a violent or disruptive act such as a riot

JJ. 1-36 to make any unauthorized movement within the facility

KK. 1-37 tampering with or interfering with any locking device

LL 1-38 to smoke

MM 1-39 to make or be in possession of a "wick"

**CATEGORY II OFFENSES**

A. 1-01 to intentional expose oneself indecently

B. 1-02 to fight with and/or threaten another inmate

C. 1-03 to counterfeit, forge or reproduce any article, form or document of identification in use at the jail or any branch of the judicial or law enforcement system

D. 1-04 to interfere with or disrupt any judicial proceeding or order

E. 1-05 to have or attempt to have unauthorized communication with persons not incarcerated

F. 1-06 to join, support or encourage others to violate any rules (conspiracy)

G. 1-07 to participate in gang-related activities

H. 1-08 to possess or manufacture any intoxicating substance

I. 1-09 to attempt to violate or commit any violation of a Category I rule

J. 1-10 to be in possession of legal tender (money)

K. 1-11 to possess contraband (any item which is not issued, sold or authorized for inmate use or any item sold, issued or authorized which has been broken or altered.

L. 1-12 possession of property belonging to another person

M. 1-13 failure to notify a staff member of a broken or missing I.D. band

N. 1-14 entering the cell of another inmate

O. 1-15 violation or abuse of visiting, mail, commissary or telephone procedures

P. 1-16 refusal to work (sentenced inmates)

Q. 1-17 disorderly conduct

R. 1-18 cooking or heating food/drink in cells or dayroom area

S. 1-19 to knowingly make false accusations against another inmate

T. 1-20 to affix materials to walls, ceilings, doors, glass or other fixtures

U. 1-21 to abuse/misuse the television

V. 1-22 to throw anything at or on the walls, floors, ceilings or glass

W. 1-23 to stand or sit on a cell fixture, table or equipment not designed for that purpose

X. 1-24 to fail to cooperate during processing (receiving/booking)

Y. 1-25 to pass or transfer any unauthorized materials between other inmates' cells or cell blocks

Z. 1-26 to malinger, loiter or delay movement anywhere within the facility

AA. 1-27 to change housing assignment without prior authorization

**CATEGORY III OFFENSES**

A. 1-01 hoarding or stockpiling food (except commissary items_

B. 1-02 failure to maintain personal hygiene

C. 1-03 failure to maintain sanitary and/or orderly housing conditions

D. 1-04 use of obscene language

E. 1-05 to have unauthorized communication or attempt communication in any form with another inmate

F. 1-06 to participate in gambling or any form of profiteering

G. 1-07 tattooing or the possession of tattooing materials

H. 1-08 failure to perform assigned cell or cell block cleaning (applies to all inmates)

I. 1-09 to sell, rent or loan goods or services

J. 1-10 failure to wear jail uniforms up and buttoned at all times (if optional gym shorts are worn they must be worn with a t-shirt on)

K. 1-11 to interfere with the serving of meals

**CRIMINAL PROSECUTION**

Any violation of the established inmate rules and regulations, which also is a violation of the laws of the State of Illinois, will also cause a copy of the report to be forwarded to the Fulton County States Attorney's office for prosecution.

**INMATE GRIEVEANCES**

A. Complaint limitations - Complaints are only valid if they allege that services are substandard or that a rule, regulation, or officer's conduct is improper.

B. Filing of a Complaint - All complaints must be written out and signed by the inmate. They will be forwarded as addressed.

C. Response to Complaints - All complaints will be answered by the Correctional Superintendent within five (5) working days (excluding holidays).

D. Appeals - An inmate not satisfied with the response to a complaint may, in writing – within five (5) days, ask that the answer be reviewed by the Sheriff.



Notice: A $5.00 charge will be assessed to your commissary account for this book. Your $5.00 will be returned to you if this book is returned in good condition.

*The return of an inmate's $5.00 for the cost of this booklet will be at the discretion of the Jail Staff.*



# Fulton County Sheriff's Department

## FULTON COUNTY JAIL


268 W. Washington Avenue
P.O. Box 269
Lewistown, IL 61542

Phone: 309-547-2277


Updated 06/?0/2011 rj

(APPEAL)

Grievance; FULton County JAIL

Richard C. Wooddell JR. 12-16-2014

inmate NAME Date

Cellblock: H-Block NAture of Grievance:

StAff misconduct, substandard services,

I received A response from Lt. Doug LAYFARY ON December 02nd, 2014 to A grievance that I wrote on November 25th, 2014 about "Harassment and threats from other inmates". LT. Doug LAYFARY's Response states that I do not state any substandard service or that any officers conduct is improper and that my "Marking A letter a grievance doesn't make it a grievance". Well to my Knowledge and experience a grievance is a grievance if something is happenning to an inmate that should not be happenning, like inmates harassing another inmate by threats, teasing, mocking, verbal abuse, and physical violence which is All stated in the rules of the rule book, and (R.W.) the officers to continue to let these things happen to the inmate is A violation of His (mine) constitutional rights, substandard services, and officer misconduct. Also to receive harassment and from officers is staff misconduct and substandard services. Being threatened

and physically assaulted by other inmates is grounds for removal from that cellblock and placed into protective custody. I have reported such incidents by many various letters and grievances to LT. Doug LAYfary and Sheriff Jeff standard and the inmate harassment, Staff Harassment/Staff misconduct still continues to happen and I am still in the same cellblock. LT Doug LAYfary states in his response to my Grievance on inmate harassment and threats that he has spent time monitoring video Cameras and has "observed me with other inmates without incident." Well He obviously has not reviewed the video surveilance from the time that I stepped into H-Block Fulton County Jail up until the present or he would observe the following incidents:

#1) Tuesday November 11th, 2014 I turned in my uniform for a clean one and officers do not have my size on the clothing cart so officer Doug Goede goes to the laundry room and comes back and hands me a uniform that stinks of sweat and body odor, and is brown stained in color. Approximately an hour or more Later KAthleen RAVEN (officer) walks by with the Nurse and I Attempt to hand her and the Nurse A sick call slip for medical Attention and she refuses to take my slip denying me medical treatment.

-3-

At Lunchtime still November 11th 2014 I asked Officer Kathleen RAVEN "Why are you guys treating me like this and she says "Like what" and I say "denying me medical treatment and giving me a dirty jumpsuit" and Kathleen replies "They are All like that."

#2) On 11-19-2014 I filed a grievance stating that I felt that I was in danger because of the way that I was being threatened by the inmates and the officers doing nothing about it and that inmates from G-Block were yelling over to my cellblock, H-Block saying that I was a snitch and then inmates from E-Block started yelling and saying that I was "Aryan White Power" and all of the inmates in my cellblock started calling me names like "Hitler" and yelling white power and laughing at me and how one black inmate told me one morning before lunch (R.W.) while I was beard trimming that the next time that I use the beard trimmers without an alcohol pad to clean it that I will be "kissing the cement." How can I get an alcohol pad when the inmates wait for the "razor basket" in the morning and they steal and use the

alcohol pads for their own personal use. Anyway the inmate that said that was a Black inmate named Loucious (LOU) that is a gang member of the Vicelords that has V.L. and a tattoo of the pyramid off the Back of the one dollar Bill both on his neck. Of course the camera can't hear the threats that I receive and what people are saying. In my same grievance I argued that everyone in my cell block are Federal Inmates except myself and one other guy, now myself and 2 other guys, out of 11 guys, and each federal inmate is facing anywhere from 5 years to life at 85% and one of them even said one night that they don't give a crap, that they "won't get (R.W) shit for beating someones ass" that their "federal time will burn up that State sentence". Also in my prison file they have me listed as being a part of the "Aryan nation" racist gang. When inmate Jason Smith was here he was segregated and put into protective custody for his being a "ARyan NAtion" gang member, all the federal inmates stick together and have a "bond" between each other because they all have done jail time together as federal inmates bouncing from

-5-

County jail to county jail together and at least 4 of them (R.W) know each other from the streets, and 2 of them are of the Latin Folks street gang and 2 of them are from the ViceLords street gang. Never got a response from that grievance nor a copy of it like I'm supposed to receive. I asked to either be moved to protective custody and the (R.W) harassment from staff and inmates to stop or to be moved to Mason County Jail for my safety.

#3) 11-20-2014 I filed a grievance "Denial of Medical Treatment" where I state I have been denied medical Treatment for my Arthritis, Anxiety, depression, and insomnia, all of which Fulton County Jail has either treated me for in the past and now have medical records from other prisons stating these illnesses. I stated that I had been to see the nurse on the dates of 6-11-2014, 7-01-2014, 7-03-2014, and 11-13-2014 and was charged $10.00 each visit and received no treatment. I asked that the $10.00 charge from each visit to be deducted from

my inmate debt balance because I did not receive any treatment for the illnesses that I complained of. Taking a persons blood pressure and checking their weight is not treatment for these illnesses and that I was not receiving any medication for these illnesses. I also asked to be taken to my family doctor in Canton Illinois Doctor Martin so I could be treated for my illnesses and I asked for a special mattress that the Fulton County jail has for people with my health issues and I was denied everything. I get a late response from LT. LAyfary by envelope which the outside is clearly marked 12-01-14 which the camera will show that no federal, state or institutional mail was passed out on 11-28-14 which Lt. Doug LAyfary has as his response date to my grievance inside that envelope which the video camera clearly shows Officer Sheldon Burget handing me on 12-01-2014 between 9:30 and 10:30 p.m. Lt Doug Layfary failed to respond in the 5 day workday period outlined in the rules.

-7-

and he states that I am being treated for my illnesses and that I just disagree with my treatment, which is none at all. I sent Sheriff Jeff Standard an appeal grievance on this matter on 11-28-2014 as outlined in the rules because LT. LAYCARY had not responded in the 5 day period #4) 11-26-2014 on my way to my visit at 5:30 p.m I told officer & Chris Hooker that I wanted moved to another cell block because I was being bullied, threatened and was assaulted by the 2 ~~teen~~ (Rule) Black inmates in my cell block who live in the first cell by the telephone, one of them is inmate Williams and the other one I don't know his name, everyone goes by nicknames and I believe it happened sometime between the dates of 11-23-2014 and 11-25-2014, the camera will show how they came into my cell one after the other. One of them hit me in the nose and gave me a slight bloody nose

and the other one hit me in the eye and gave me a slight blackeye underneath my eye that was visible for about 4 days and was visible to Officer Hooker when he spoke to me. Officer C. Hookers response to all of this was that there was no room anywhere in the jail, this conversation took place on the way to my visit on 11-26-2014. After my visit, I tell Officer C. Hooker that inmate Zach Vonocht, who had a visit the same time that I did, had just told me that there was plenty of room in F-Block protective custody and Officer C. Hooker then pulls me to the side by the sentenced inmate dorm and asks me again what is going on and I repeat everything that I had told him earlier and he said that he would have to discuss it with Officer Sheldon Burget. So later on during one of his ~~[illegible]~~ (R.W.) cell block checks I asked Officer C. Hooker what Officer Burget said and Officer Hooker replied that Officer Burget said no. #5) November 22nd, 2014 or November 23rd 2014 I ask Officer Jeff Baird if

he would move me to F-Block protective custody because he is the one who placed me in F-Block from June 07th, 2014 til August 25th, 2014 where I had no problems at all and he said that he would have to discuss it with Officer Rhonda Hapke. Later I asked him what she said and he said that she said that I would have to ask the officer who put me in H-Block. I didn't tell him anything specific (C/O Jeff Baird), just that I was having a rough time in H-Block. #6) 11-28-2014 I sent Sheriff Jeff Standard an appeal on LT. Layfary's response to my grievance on "Denial of medical treatment and received late response from Lt. Layfary on 12-01-2014. I also filed a grievance for not receiving answers to my grievances and not receiving copies of them on 11-28-2014. #7) ~~[illegible]~~ (R.W.) On ~~[illegible]~~ (R.W.)
(R.W.) On 11-19-2014 I sent a grievance to LT. Layfary asking to be moved then

sent appeal to Sheriff ~~Layfary~~ (RW) Jeff Standard on 11-28-2014, never received answer. On 11-28-2014 sent grievance to LT. Jeff LAyfary for officer Harassment on officers Doug Goede (Gohde?) and Kathleen Raven. Lt. Layfary states there is no officer Harassment OR officer misconduct. received responses for all grievances that were submitted on (RW) 11-28-2014 on 12-09-2014 and am appealing all 5 grievances #1 through #5) On 12-16-2014 I appeal and receive grievance from Sheriff Jeff Standard about a grievance I filed on 11-25-2014 that I appealed to him and he received on 12-11-2014 about (RW) who was harassing me and how, and that I also must be specific as to the substandard service, officer misconduct or improper rule. Officer Sheriff Jeff Standard says I wasn't specific about who hit me, that two black guys isn't being specific. Well if you look at the camera you can see who it was because I provid the date and what cell they live in and

dates of every incident. I was specific enough that if the cameras are reviewed on the dates and times that I've listed it shows what happened and who did what on the dates and times that I have provided.

"Rules and Regulations Broken" AS Stated in the Rules ARE AS Follows:

page 13 of Inmate rulebooke Handbook

Category 1 offenses: G. 1-07 to organize or participate in any form of Kangaroo Court or any other unauthorized inmate organization. J. 1-10 to throw anything at anyone like inmate Daniel Garza throwing Boogers at me.

Category 2 offenses

B 1-02: to fight and/or threaten another inmate like the 2 inmates williams and crawford did when they walked into my cell individually one after another and assaulted me

N. 1-14: Entering the cell of another inmate - like Danny Garza would do like I described in my grievance that I wrote explaining him throwing Boogers at me and walking into my cell and lifting up my mattress and going through my property bag looking for things to take that he likes; and of course inmates crawford and Williams coming into my cell to assault me. This grievance is also filled full of staff misconduct and substandard service my not moving me to another cellblock or to another jail and not punishing the people involved in the above incidents.

Releif Requested:

To be placed in F-Block Protective custody or to be placed in the MASON County JAil where I will be safe and free of harassment and physical injury.